In the matter of the estate of FREDERICK W. FLAACKE, deceased.

[Argued March 21st, 1907.   Decided June 17th, 1907.]

On appeal from a decree of the prerogative court on accounting of executor, advised by the vice-ordinary, whose opinion is reported in *64 Atl. Rep. 1020.*

*Mr. Robert H. McCarter,* attorney-general, for the appellant.

*Mr. Charles H. Hartshorne,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons set out in the opinion filed by the vice-ordinary in the court below.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, REED, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—14.

*For reversal*—None.